ACCEPTED
08-16-00240-CR
EIGHTH COURT OF APPEALS
EL PASO, TEXAS
9/4/2018 2:26 PM
DENISE PACHECO
CLERK

08-16-00240-CR

**IN THE
COURT OF APPEALS FOR
FOR THE EIGHTH DISTRICT
EL PASO, TEXAS**

FILED IN
8th COURT OF APPEALS
EL PASO, TEXAS
9/4/2018 2:26:56 PM
DENISE PACHECO
Clerk

| | | |
|---|---|---|
| **THE STATE OF TEXAS** | § | |
| | § | |
| **VS.** | § | **CAUSE NO. 08-16-00240-CR** |
| | § | **TRIAL CAUSE NO. 20150D05389** |
| **THOMAS COMPTOIS** | § | |

**MOTION FOR EXTENSION
OF TIME IN WHICH TO FILE
MOTION FOR REHEARING**

**NOW COMES, THOMAS COMPTOIS,** by and through his Attorney of record,

**CHARLES LOUIS ROBERTS,** and moves to extend the time for filing the MOTION FOR

REHEARING, and for grounds would show this Court the following:

**I.**

A. The deadline for filing the MOTION FOR REARING is September 8, 2018.

B. The APPELLANT seeks an extension of thirty (30) days.

C. The reason for the need of such an extension is as follows:

   1. Counsel received the Opinion while preparing for a major Felony Trial in State v.

   Joshua Gray, Cause No.20170D02161, starting on September 10, 2018.

D. This is the first extension of time regarding this item.

**II.**

This extension is sought in the interest of Justice and not for the purpose of delay.

**WHEREFORE, PREMISES CONSIDERED,** Appellant respectfully request

that this Honorable Court grant Appellant's Motion for Extension of Time to file MOTION FOR

REHEARING until October 8, 2018.

1

Respectfully Submitted,


   /s/ Charles L. Roberts /s/
**CHARLES L. ROBERTS**
300 E. Main, Suite 640
State Bar. No. 1700100
El Paso, Texas 79901
(915) 532-9475
(915) 534-7417 Fax


## CERTIFICATE OF SERVICE

I certify that the foregoing Motion was e-served to the office of the El Paso County District Attorney, 500 E. San Antonio, Room 201, El Paso, Texas 79901 on this the 4th day of September, 2018.


/s/ Charles L. Roberts /s/
**CHARLES L. ROBERTS**
300 E. Main, Suite 640
State Bar. No. 1700100
El Paso, Texas 79901
(915) 532-9475
(915) 534-7417 Fax

2